**Fill in this Information to identify the case:**

Debtor 1 _____
          First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of New Jersey
                                              (State)
Case number:

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ |
|---|---|
| Claimant's Name: | |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Phone number:<br><br>Email address: |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐  Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐  Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐  Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **3. Supporting Documentation**<br><br>☐    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application. | |
| **4. Notice to United States Attorney**<br><br>☐    Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:<br><br><div align="center">Office of the United States Attorney<br>District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey   07102</div> | |
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date:  _____<br><br>_____<br>Signature of Applicant<br><br>_____<br>Printed Name of Applicant<br><br>Address:     _____<br><br>_____<br><br>_____<br><br>_____<br><br><br>Telephone:  _____<br><br>Email:          _____ | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date:  _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address:     _____<br><br>_____<br><br>_____<br><br>_____<br><br><br>Telephone:  _____<br><br>Email:          _____ |