UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eugene D. Roth, Esq.
Law Office of Eugene D. Roth
2520 Hwy 35, Suite 307
Manasquan, New Jersey 08736
Attorneys for the Debtor

In Re:

Matthew Joseph Pitera

Case No.: 10-18337

Chapter: 11

Judge: Christine M. Gravelle

**CERTIFICATION IN SUPPORT OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

Matthew J. Pitera certifies as follows:

On January 27, 2023, I as the Debtor-in-Possession filed a Notice Depositing Unclaimed Funds in the amount of $43,921.81 based on Chapter 11 Plan Payments that were issued but were never negotiated (the "Unclaimed Funds").

In connection therewith I also submitted a Certification of Completion of Plan Payments on 01/27/2023, which resulted in the issuance of an Order Discharging Debtor by the Court February 15, 2023.

As no other party has applied for the Unclaimed Funds to date, I as a Class 3 Equity Interest Holder am entitled to payment of the funds pursuant to the terms of the Confirmed Chapter 11 Plan.

I certify under penalty of perjury that the above is true.

Date: _____   _____
                                            Signature

*new.11/12/21*